# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Express Mail parcel label number EI148367940US, postmarked March 26, 2012, weighing 15 pounds 14 ounces, addressed to Tom White, 3360 Hauck Rd, Cincinnati, OH 45241 with a return address of James White, 3816 Jazmin St, Sacramento, CA 95838

) ) ) ) ) )

Case No. 1:12MJ-108

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Express Mail parcel label number EI148367940US

located in the _____ Southern _____ District of _____ Ohio _____, there is now concealed *(identify the person or describe the property to be seized)*:
Controlled Substances, materials and documents reflecting the distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments paid for controlled substances

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;

☒ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of: Title 21

| Code Section | Offense Description |
|---|---|
| 841 (a) (1), 843 (b) & 846 | Conspiracy to distribute a controlled substance |
| | Possession with intent to distribute a controlled substance |

The application is based on these facts:

See attached affidavit of U.S. Postal Inspector O'Neill

☒ Continued on the attached sheet.

☐ Delayed notice _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Karen L. O'Neill, U. S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/29/12

*Judge's signature*

City and state: Cincinnati, Ohio

Honorable Stephanie K. Bowman
United States Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
CINCINNATI, OHIO

STATE OF OHIO        )
                     ) SS
COUNTY OF HAMILTON   )

AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, KAREN O'NEILL, HAVING BEEN DULY SWORN, DEPOSE AND STATE: I am a United States Postal Inspector, having been so employed since March 2003. I am presently assigned to the Cincinnati Field Office, Pittsburgh Division of the Postal Inspection Service with investigative responsibility for Southwest Ohio, Northern Kentucky, and Southeast Indiana. Part of my investigative responsibility involves the use of the United States Mail in the transporting of narcotics and other dangerous controlled substances and financial proceeds relating thereto.

Your affiant has become aware that drug traffickers frequently use Express Mail, a business-oriented overnight service offered by the United States Postal Service, to transport narcotics and other dangerous controlled substances, and their proceeds or instrumentalities from the sale of the controlled substances. Your affiant has also become aware that drug traffickers frequently use Priority Mail with delivery confirmation, a 2-3 day service offered by the United States Postal Service. In this affidavit, "the Mail" refers interchangeably to either Express Mail or Priority Mail. As a result of investigations and successful controlled substance prosecutions where the Mail was used, your affiant has learned of certain characteristics indicative of other Mail items previously identified as containing narcotics or other dangerous controlled substances, their proceeds or instrumentalities from the sale of the controlled substances. Some of these characteristics include, but are not necessarily limited to or used on every occasion, the mailer using different post offices on the same day to send parcels, false or non-existent return address, addressee is not known to receive mail at the listed delivery address, the package is heavily taped, the package is mailed from a known drug source location, labeling information contains

misspellings, the label contains an illegible waiver signature, unusual odors emanating from the package, and the listed address is located in an area of known or suspected drug activity.

On March 28, 2012, your affiant was contacted by a supervisor at the Sharonville Post Office, Cincinnati, Ohio regarding a suspicious Express Mail parcel. The supervisor stated that a customer had been calling for Express Mail parcel addressed to Tom White, 3360 Hauck Rd, Cincinnati, OH 45241 coming from Sacramento, CA. The parcel had been attempted by the mail carrier but no one was at the location to accept the parcel for delivery. Your affiant knows Sacramento, California to be a known drug source area. Your affiant requested all of the parcel information from the supervisor.

On March 28, 2012, your affiant received the aforementioned parcel information. Express Mail parcel label number EI148367940US is addressed to Tom White, 3360 Hauck Rd, Cincinnati, OH 45241 with a return address of James White, 3816 Jazmin St, Sacramento, CA 95838. Your affiant requested the parcel be placed in a secure area for further investigation.

On March 29, 2012, your affiant did a check in Accurint on the return address 3816 Jazmin St, Sacramento, CA 95838. Accurint is a law enforcement database that is used as a tool for investigators to identify person/business and address information. According to Accurint, 3816 Jazmin St, Sacramento, CA 95838 does not exist.

On March 29, 2012, your affiant contacted the mail carrier at the Sharonville Post Office regarding the addressee address Tom White, 3360 Hauck Rd, Cincinnati, OH 45241. Your affiant spoke to the carrier and he stated that 3360 Hauck Rd is a vacant business. He also said that he has never heard the name "Tom White" as receiving mail at that address.

On March 29, 2012, your affiant received Express Mail parcel label number EI148367940US.

2

On March 29, 2012, your affiant contacted the Del Paso Heights Post Office, Sacramento, California regarding the return address 3816 Jazmin St, Sacramento, CA 95838. Your affiant spoke to a supervisor and she stated the correct spelling for Jazmin Street is "Jasmine". The supervisor also spoke to the mail carrier and he said that the name "James White" does not receive mail at 3816 Jasmine Street or at any location on Jasmine Street.

On March 29, 2012, the Cincinnati Police Department Narcotics Unit was contacted to arrange for a narcotic canine to check the package. Officer Phil Stoup responded to the Cincinnati Postal Inspection Service office, Cincinnati, Ohio where the parcel was placed in a controlled area and presented to narcotic canine, "Max". "Max" alerted positively to the presence or odor of a controlled substance or their proceeds or instrumentalities upon Express Mail parcel label number EI148367940US addressed to Tom White, 3360 Hauck Rd, Cincinnati, OH 45241. Attached herewith, and made part hereof by reference, is a photocopy of the narcotic canine handler's record of examination.

The parcel is further identified as follows: a brown cardboard box 13" x 10" x 11" in size, bearing Express Mail parcel label number EI148367940US, weighing 15 pounds, 14 ounces, postmarked March 26, 2012; see address information below:

**Sender:** James White
3816 Jazmin St
Sacramento, CA 95838

**Addressee:** Tom White
3360 Hauck Rd
Cincinnati, OH 45241

This information, along with the positive alert of narcotic canine "Max" is indicative of a drug package.

3

Based on the information contained herein, your affiant believes that contained in Express Mail parcel label number EI148367940US is a quantity of a narcotic or other dangerous controlled substance, their proceeds or instrumentalities.

Therefore, a search warrant to open the parcel is requested.

Further, your affiant sayeth naught.

*[signature]*

Karen O'Neill
Postal Inspector

Subscribed and sworn to and before me this 29 day of March, 2012.

*[signature]*

Honorable Stephanie K. Bowman
United States Magistrate Judge

4



United States Postal Inspection Service
Pittsburgh Division

## OFFICER AFFIDAVIT

I, Officer __P. STOUP__, am and have been employed by the __CINCINNATI POLICE DEPT__ since __1993__. Among other duties, I am currently the assigned handler of narcotics detection canine "__MAX__" which is trained and certified in the detection of the presence or odor of narcotics described as follows:

__MARIJUANA, COCAINE, HEROIN, & METH__

On __3-29-12__, at the request of Postal Inspector K. O'Neill, I responded to __Cincy Postal Inspectors office__, where "__MAX__" did alert to and indicate upon: [describe item]

__one parcel EI148367940US addressed to Tom White 3360 Hauck Rd Cincinnati OH 45241 with a return address James White 3816 Jazmin St Sacramento CA 95838__

Which, based upon my training and experience and that of "__MAX__", indicates there is contained within or upon the above described item, the presence or odor of a narcotic or other controlled substance.

_/s/ P. Stoup_  03/29/12
(Signature and Date)

_/s/ K. O'Neill_  3-29-12
(Signature and Date)

Cincinnati Field Office
695 Central Avenue, Suite 400
Cincinnati, OH 45202-5748
Telephone: 877-876-2455
FAX: 513-684-8009