# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Express Mail parcel label number EI148367940US, postmarked March 26, 2012, weighing 15 pounds 14 ounces, addressed to Tom White, 3360 Hauck Rd, Cincinnati, OH 45241 with a return address of James White, 3816 Jazmin St, Sacramento, CA 95838 | ) ) ) ) ) ) ) Case No. 1:12MJ-108 |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Southern   District of   Ohio  
*(identify the person or describe the property to be searched and give its location)*:
Express Mail parcel label number EI148367940US

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
Controlled Substances, materials and documents reflecting the distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments paid for controlled substances

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   April 6, 2012  
(not to exceed 14 days)

☒ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
   Stephanie K. Bowman   .
   *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
                                               ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  3/29/12 11:52 Am    *Stephanie K. Bowman*
                                                              Judge's signature

City and state:   Cincinnati, Ohio                Honorable Stephanie K. Bowman
                                                         United States Magistrate Judge
                                                              *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 180336 1 | Date and time warrant executed: 3-26-12 1230 | Copy of warrant and inventory left with: post office |
| Inventory made in the presence of : KONeill + JLew |||
| Inventory of the property taken and name of any person(s) seized: Approx 242.3 grams cocaine (field tested positive) |||

FILED
JAMES BONINI
CLERK
12 APR 10 AM 11:41
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST DIV. CINCINNATI

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4-10-12

_____
Executing officer's signature

Karen O'Neill Postal Inspector
Printed name and title